# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MICHAEL MIAZZA, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED

NO.  2021 CW 0811

VERSUS

BOARD OF SUPERVISORS OF LOUISIANA
STATE UNIVERSITY AND AGRICULTURAL
AND MECHANICAL COLLEGE

CONSOLIDATED WITH

TAYLOR GUNTER, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED

VERSUS

LOUISIANA STATE UNIVERSITY SYSTEM,
AND OTHER AFFILIATED ENTITIES AND
INDIVIDUALS MARY L. WERNER, ROBERT
S. DAMPF, JAMES M. WILLIAMS,
RONALD R. ANDERSON, LEE MALLETT,
RICHARD E. ZUSCHLAG, JACK A.
BLOSSMAN, REMY VOISIN STARNS,
JIMMIE M. WOODS, GLENN ARMENTOR,
VALENCIA S. JONES, B. WAYNE BROWN,       **NOVEMBER 29, 2021**
PATRICK C. MORROW, RAYMOND R.
MORRIS AND COLLIS B. TEMPLE

---

In Re:    Board of Supervisors of Louisiana State University and
          Agricultural and Mechanical College, applying for
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, Nos. 696918 c/w 698930.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

   **WRIT DENIED.**

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT